39 F.3d 1169
 Harhai (Joseph E.)
v.
Honorable Caruso (Gary P.), Honorable Blahovec (John E.),
Honorable Marker (Charles), Honorable Mihalich (Gilfert M.),
Court of Common Pleas of Westmoreland County, Pennsylvania,
Honorable Hudock (Joseph A.), Superior Court sitting in
Pittsburgh, Pennsylvania, Wiker (William J.), Esquire,
Falatovich (Gary A.), Esquire, Attorney-at-law, Kaylor-Hart
(Jane E.), Baughman (Ronald), Giunta (Tony), Shondelmyer
(Joseph), Westmoreland County
 NO. 94-3098
 United States Court of Appeals,
Third Circuit.
 Sept 07, 1994
 
 Appeal From: W.D.Pa.,
 Standish, J.
 
 
 1
 AFFIRMED.